IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

In Re:  Vision Automotive Group, LLC.                    Bk. No.: 05-04856

        Debtor

**TRANSMITTAL OF UNCLAIMED FUNDS**

    Thomas H. Fluharty, Chapter 7 Trustee, reports the following:

    1). Check numbers 106,108, and 115 were issued on April 2, 2015 to Internal Revenue Service, P.O. Box 1040, Stop 2301, Parkersburg, WV 26102; David A. Dixon, Rt. 2, Box 251, Belington, WV 26250; Nancy R. Stalnaker, 122 Scott Ford Road, Elkins, WV 26241, for the amounts of $1,563.67, $1,094.50, and $910.00 respectively. The checks were never cashed.  Stop payments were issued on the checks on February 11 and 12th, 2016, pursuant to Trustee guidelines.

    2). Your Trustee's check for the amount of $3,568.17, payable to the Clerk of the Court, is attached to this report and list.

    3). Nothing further remains to be done in this case.

Dated:     5/4/16                    /s/ Thomas H. Fluharty
                                                           Thomas H. Fluharty, Trustee
                                                           WV Bar No.: 1231
                                                           408 Lee Avenue
                                                           Clarksburg, WV  26301
                                                           Phone:  (304) 624-7832